AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

# UNITED STATES DISTRICT COURT

MAR 3 0 2012

LAWRENCE K. BAERMAN, CLERK

____NORTHERN____    District of    ____NEW YORK ALBANY____

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For Organizational Defendants) |

MEDISCA, Inc.

CASE NUMBER:    DNYN811CR000476-001

John L. Pacht, Esq.
Defendant Organization's Attorney

## THE DEFENDANT ORGANIZATION:

X    pleaded guilty to count(s)    ____One of Information____

☐    pleaded nolo contendere to count(s)    _____
which was accepted by the court.

☐    was found guilty on count(s)    _____
after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC 331(a); 352(a) | Misbranding Drugs | 2/2007 | 1 |

The defendant organization is sentenced as provided in pages 2 through ____3____ of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.:    **141752583**_____

Defendant Organization's Principal Business Address:

**6090 Henri-bourassa West**_____

**St. Laurent, Quebec H4R 3A6**_____

_____

_____

_____

Defendant Organization's Mailing Address:

**661 Route 3, Unit C**_____

**Plattsburgh, New York 12901**_____

_____

_____

**March 14, 2012**_____
Date of Imposition of Judgment

Signature of Judge

**Hon. David R. Homer, USMJ**_____
Name and Title of Judge

**3/30/2012**_____
Date

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
          Sheet 3 — Criminal Monetary Penalties

Judgment — Page 2 of 4

DEFENDANT ORGANIZATION:    **MEDISCO, Inc.**
CASE NUMBER:    **DNYN811CR000476-001**

## CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 25.00 | $ 10,000 | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| TOTALS | $ | $ |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 4 — Schedule of Payments

Judgment — Page __3__ of __4__

DEFENDANT ORGANIZATION:   **MEDISCA, Inc.**
CASE NUMBER:   **DNYN811CR000476-001**

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

  ☐ not later than _____ , or
  ☐ in accordance with ☐ C or ☐ D below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C or ☐ D below); or

**C** ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** X Special instructions regarding the payment of criminal monetary penalties:

  **See below regarding corporation Medisca, Inc. both jointly and severally with related case, Antonio Dos Santos DNYN811CR000477-001 shall forfeit to the United States $1,763,529.00 in United States currency. Special Assessment in the amount of $125.00 is due immediately.**

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

X The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:
  **The Corporation, both jointly and severally with related case, Antonio Dos Santos DNYN811CR000477-001, shall forfeit to the United States $1,763,529 in United States currency.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.